UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WILDMAN, on his own behalf and on behalf of others similarly situation, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY, LLC, <br><br> Defendant. | No. 2:26-cv-2121 <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT MOTOROLA MOBILITY, LLC'S DEADLINE TO RESPOND TO THE COMPLAINT <br><br> NOTE ON MOTION CALENDAR: June 24, 2026 |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Defendant Motorola Mobility, LLC's Deadline to Respond to the Complaint. Dkt. # 11. The Court hereby GRANTS the Parties' Stipulated Motion to Extend Defendant Motorola Mobility, LLC's Deadline to Respond to the Complaint. The Parties' filing deadlines shall be amended as follows:

Motorola Mobility, LLC's deadline to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended to July 24, 2026.

IT IS SO ORDERED.

Dated this 24th day of June, 2026.

_____

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEFENDANT MOTOROLA
MOBILITY, LLC'S DEADLINE TO
RESPOND TO THE COMPLAINT – 1
Case No. 2:26-cv-2121