The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WILDMAN, on his own behalf and on behalf of others similarly situation,

Plaintiff,

v.

MOTOROLA MOBILITY LLC,

Defendant.

No. 2:26-cv-2121

**DECLARATION OF DAVID FREEBURG IN SUPPORT OF DEFENDANT MOTOROLA MOBILITY LLC'S MOTION TO DISMISS**

I, David Freeburg, state and declare as follows:

1. I am an attorney at DLA Piper LLP (US) and counsel of record for Defendant Motorola Mobility LLC ("Motorola"). I make this declaration in support of Motorola's Motion to Dismiss (the "Motion") the Complaint filed by Plaintiff Matthew Wildman. I have personal knowledge of the matters stated in this declaration and, if called to testify, I could and would do so truthfully and competently.

2. The emails quoted in Plaintiff's Complaint are publicly available in two online databases. The first database, named "Email Inspire," is available at http://www.emailinspire.com. That website states: "Email Inspire is a extensive library of email newsletters and marketing emails. ... Discover inspiration, explore trends, and find design ideas by browsing our extensive collection of emails." https://www.emailinspire.com/faq.

DECLARATION OF DAVID FREEBURG ISO
MOTION TO DISMISS - 1
Case No. 2:26-cv-2121

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

3.     The second online database, named "Milled," is available at https://milled.com. That website states that Milled is the "world's largest search engine for e-commerce newsletters and email sales."

4.     Neither of these databases is affiliated with Motorola. For example, the emails in the Email Inspire database include a statement saying that "Email Inspire is not affiliated with Motorola."

5.     The following table summarizes all 11 emails at issue in the Complaint, including their date, subject, and whether the Complaint alleges they were sent to Plaintiff:

| Ex. | Date | Subject | Sent to Plaintiff | References |
|---|---|---|---|---|
| 1 | Dec. 2, 2024 | "ONE DAY ONLY! Cyber Monday" | Yes | ¶¶ 48, 96 |
| 2 | Dec. 4, 2024 | "EXTENDED! Cyber Monday Savings" | No | ¶ 50 |
| 3 | Feb. 28, 2025 | "Last Call: Iconic Deals Ending Soon!" | No | ¶ 57 |
| 4 | March 5, 2025 | "These deals are still blooming" | No | ¶ 59 |
| 5 | April 18, 2025 | "Final Call on these spring deals" | Yes | ¶¶ 63, 96 |
| 6 | April 21, 2025 | "New Blooms: Up to $400 Off" | No | ¶ 65 |
| 7 | Jan. 23, 2026 | "Final call on these frosty finds" | No | ¶ 68 |
| 8 | Jan. 27, 2026 | "12 HOURS LEFT" | Yes | ¶¶ 72, 96 |
| 9 | Jan. 28, 2026 | "JUST LANDED: New winter deals" | No | ¶ 76 |
| 10 | Feb. 5, 2026 | "Our Valentine's bundle won't wait" | No | ¶ 79 |
| 11 | Feb. 9, 2026 | "DEAL EXTENDED $700 off Motorola razr ultra 1TB" | No | ¶ 81 |

6.     Attached as **Exhibit 1** is a true and correct copy of the December 2, 2024 email cited in Paragraphs 48 and 96 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/one-day-only-cyber-monday.

DECLARATION OF DAVID FREEBURG ISO
MOTION TO DISMISS - 2
Case No. 2:26-cv-2121

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

7.      Attached as **Exhibit 2** is a true and correct copy of the December 4, 2024 email cited in Paragraph 50 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/extended-cyber-monday-savings-motorola.

8.      Attached as **Exhibit 3** is a true and correct copy of the February 28, 2025 email cited in Paragraph 57 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/last-call-iconic-deals-ending-soon.

9.      Attached as **Exhibit 4** is a true and correct copy of the March 5, 2025 email cited in Paragraph 59 of the Amended Complaint, which is publicly available at https://milled.com/motorola-mobility/these-deals-are-still-blooming-junfalhUTWb_n5rS.

10.     Attached as **Exhibit 5** is a true and correct copy of the April 18, 2025 email cited in Paragraphs 63 and 96 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/final-call-on-these-spring-deals.

11.     Attached as **Exhibit 6** is a true and correct copy of the April 21, 2025 email cited in Paragraph 65 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/new-blooms-up-to-400-off.

12.     Attached as **Exhibit 7** is a true and correct copy of the January 23, 2026 email cited in Paragraph 68 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/final-call-on-these-frosty-finds.

13.     Attached as **Exhibit 8** is a true and correct copy of the January 27, 2026 email cited in Paragraphs 72 and 96 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/12-hours-left-motorola.

14.     Attached as **Exhibit 9** is a true and correct copy of the January 28, 2026 email cited in Paragraph 76 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/just-landed-new-winter-deals.

DECLARATION OF DAVID FREEBURG ISO
MOTION TO DISMISS - 3
Case No. 2:26-cv-2121

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

15.    Attached as **Exhibit 10** is a true and correct copy of the February 5, 2026 email cited in Paragraph 79 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/our-valentines-bundle-wont-wait.

16.    Attached as **Exhibit 11** is a true and correct copy of the February 9, 2026 email cited in Paragraph 81 of the Amended Complaint, which is publicly available at https://www.emailinspire.com/motorola/deal-extended.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed on July 24, 2026 in Seattle, Washington.


*s/ David Freeburg*
David Freeburg

DECLARATION OF DAVID FREEBURG ISO
MOTION TO DISMISS - 4
Case No. 2:26-cv-2121

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 24th day of July, 2026.

<u>*s/ David Freeburg*</u>
David Freeburg

DECLARATION OF DAVID FREEBURG ISO
MOTION TO DISMISS - 5
Case No. 2:26-cv-2121

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

# Exhibit 1

email inspire

Emails   Brands   Industries

Search emails & brands...   Ctrl K

Brands / Motorola / Email: ONE DAY ONLY! Cyber Monday



# ONE DAY ONLY! Cyber Monday 🧮

Motorola        More emails        motorola.com

🔖 Save

### Email Insights

| | |
|---|---|
| SUBJECT | ONE DAY ONLY! Cyber Monday 🧮 |
| PREVIEW TEXT | Don't miss epic savings of UP TO $450! Plus, exclusive trade-in bonuses. |
| RECEIVED AT | Monday, December 2nd, 2024 at 5:49 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | ☁ Salesforce |
| SPAM SCORE | ✔ Neutral |
| IMAGES | 21 images (1 GIFs) |
| LARGEST IMAGE | 1.9 MB |
| EMAIL SIZE | HTML: 63 KB — RAW: 80 KB |
| SUBJECT ANALYSIS | 6 words, 29 characters |
| DKIM / SPF / DMARC | ✔ Pass   ✔ Pass   ✔ Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.



**FREE** 2-DAY **SHIPPING***

**Find Your Edge**

**motorola edge - 2024**
~~$549.99~~ **$299.99**

• Designed for durability **against water, dust, falls and extreme temps**
+ **Extra $150** trade-in bonus

Buy Now

**$350 OFF**

**motorola edge+ 2023**
~~$799.99~~ **$449.99**

+ **Up to 15% off** Moto Care
• Stunning **quad-curved endless edge** design

Buy Now

**More Deals & Discounts**

Check out our Specials Page to discover even more deals and Moto-exclusive savings on our top-rated smartphones!

Discover More

**moto tag**

FIND ANYTHING, ANYWHERE

Learn More

Specials    Financing    Compare

Moto Care    Free Next Day Shipping    Shop by carrier



This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2024 Motorola Mobility LLC

All screen images simulated.

¹ $200 off motorola razr+ 2024 and up to half off with trade-in. $450 off motorola razr+ 2023 and up to 20% off Moto Care. $350 off motorola razr - 2023 and up to 15% off Moto Care. $250 off motorola edge - 2024 and extra $150 trade-in bonus. $350 off motorola edge+ 2023 and up to 15% off Moto Care. Promotions are valid from December 2, 2024 at 12:01 a.m. CST to December 8, 2024 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

*Check availability for your zip code.

# Other Emails from Motorola

       

Lock in Your Savings Before the Holiday Rush!

Beat the Rush: Shop for Holiday Deals! 🎁

FINAL HOURS ⏳ Cyber Monday Deals

EXTENDED! Cyber Monday Savings 💸

Last Call! Black Friday Deals Ending Soon! 🖤

HELLO BLACK FRIDAY 🛍️ Moto Shopping Guide

EARLY ACCESS 🎈 Black Friday Deals Are Live!

🔓 Unlock Epic Black Friday Deals Now!

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

Explore
Brands
Industries
Recent Emails

Resources
Our Newsletter
Instagram
Twitter
Pinterest

Categories
Apparel
Beauty
Health
Pets

Help Center
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal    Terms of Service    Privacy Policy    Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2024 Motorola Mobility LLC

All screen images simulated.

[1] $200 off motorola razr+ 2024 and up to half off with trade-in. $450 off motorola razr+ 2023 and up to 20% off Moto Care. $350 off motorola razr - 2023 and up to 15% off Moto Care. $250 off motorola edge - 2024 and extra $150 trade-in bonus. $350 off motorola edge+ 2023 and up to 15% off Moto Care. Promotions are valid from December 2, 2024 at 12:01 a.m. CST to December 8, 2024 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

*Check availability for your zip code.

# Exhibit 2



# EXTENDED! Cyber Monday Savings 💸

But not for long! Shop now for UP TO $450 OFF

Motorola    ✉ More emails    ⬈ motorola.com

🔖 Save

### Email Insights

| | |
|---|---|
| SUBJECT | EXTENDED! Cyber Monday Savings 💸 |
| PREVIEW TEXT | But not for long! Shop now for UP TO $450 OFF |
| RECEIVED AT | Wednesday, December 4th, 2024 at 2:15 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | ☁ Salesforce |
| SPAM SCORE | ✔ Neutral |
| IMAGES | 21 images (1 GIFs) |
| LARGEST IMAGE | 1.9 MB |
| EMAIL SIZE | HTML: 63 KB — RAW: 81 KB |
| SUBJECT ANALYSIS | 5 words, 33 characters |
| DKIM / SPF / DMARC | ✔ Pass  ✔ Pass  ✔ Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

**$350 OFF**

~~$699.99~~ **$349.99**

• **All-day** battery life
+ Up to 15% off Moto Care

Buy Now

## FREE 2-DAY SHIPPING*

**Find Your Edge**

**$250 OFF**

**motorola edge - 2024**
~~$549.99~~ **$299.99**

• Designed for durability **against water, dust, falls and extreme temps**
+ **Extra $50** trade-in bonus

Buy Now

**$350 OFF**

**motorola edge+ 2023**
~~$799.99~~ **$449.99**

+ **Up to 15% off** Moto Care
• Stunning **quad-curved endless edge** design

Buy Now

**More Deals & Discounts**

Check out our Specials Page to discover even more deals and Moto-exclusive savings on our top-rated smartphones!

Discover More



**moto tag**

FIND ANYTHING, ANYWHERE

Learn More

| | | |
|---|---|---|
| Specials | Financing | Compare |
| Moto Care | Free Next Day Shipping | Shop by carrier |



This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2024 Motorola Mobility LLC

All screen images simulated.

¹ $200 off motorola razr+ 2024 and extra $50 trade-in bonus. $450 off motorola razr+ 2023 and up to 20% off Moto Care. $350 off motorola razr - 2023 and up to 15% off Moto Care. $250 off motorola edge - 2024 and extra $50 trade-in bonus. $350 off motorola edge+ 2023 and up to 15% off Moto Care. Promotions are valid from December 2, 2024 at 12:01 a.m. CST to December 8, 2024 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

*Check availability for your zip code.

# Other Emails from Motorola

        

| Don't Wait to Save UP TO $450! | Lock in Your Savings Before the Holiday Rush! | Beat the Rush: Shop for Holiday Deals! 🎁 | FINAL HOURS ⏳ Cyber Monday Deals | ONE DAY ONLY! Cyber Monday 📱 | Last Call! Black Friday Deals Ending Soon! 🖤 | HELLO BLACK FRIDAY 🛍️ Moto Shopping Guide | EARLY ACCESS 🔥 Black Friday Deals Are Live! |

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

| Explore | Resources | Categories | Help Center |
|---|---|---|---|
| Brands | Our Newsletter | Apparel | FAQs |
| Industries | Instagram | Beauty | Contact Us |
| Recent Emails | Twitter | Health | Pricing |
| | Pinterest | Pets | Suggest a Brand |

© 2026 Email Inspire

Content Removal   Terms of Service   Privacy Policy   Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe

Privacy Policy

Terms of Sale

Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2024 Motorola Mobility LLC

All screen images simulated.

[1] $200 off motorola razr+ 2024 and extra $50 trade-in bonus. $450 off motorola razr+ 2023 and up to 20% off Moto Care. $350 off motorola razr - 2023 and up to 15% off Moto Care. $250 off motorola edge - 2024 and extra $50 trade-in bonus. $350 off motorola edge+ 2023 and up to 15% off Moto Care. Promotions are valid from December 2, 2024 at 12:01 a.m. CST to December 8, 2024 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

*Check availability for your zip code.

# Exhibit 3

Brands / Motorola / Email: Last Call: Iconic Deals Ending Soon! 🚨



## Last Call: Iconic Deals Ending Soon! 🚨

Don't miss UP TO $300 OFF on our stylish smartphones.

Motorola    More emails    motorola.com

Save

### Email Insights

| | |
|---|---|
| SUBJECT | Last Call: Iconic Deals Ending Soon! 🚨 |
| PREVIEW TEXT | Don't miss UP TO $300 OFF on our stylish smartphones. |
| RECEIVED AT | Friday, February 28th, 2025 at 10:17 AM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | Salesforce |
| SPAM SCORE | Neutral |
| IMAGES | 14 images (0 GIFs) |
| LARGEST IMAGE | 530 KB |
| EMAIL SIZE | HTML: 34 KB — RAW: 45 KB |
| SUBJECT ANALYSIS | 7 words, 39 characters |
| DKIM / SPF / DMARC | Pass   Pass   Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

---

## Other Emails from Motorola

       

Last Call: Iconic Deals    These Deals Are Iconic 💫    Shop March Deals!    Last Call: Iconic Deals    Upgrade to the NEW moto    These Deals Are Iconic 💫    Shop February Deals!    More Money, More



View more emails from Motorola

Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

**Explore**
Brands
Industries
Recent Emails

**Resources**
Our Newsletter
Instagram
Twitter
Pinterest

**Categories**
Apparel
Beauty
Health
Pets

**Help Center**
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal   Terms of Service   Privacy Policy   Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

[1] $200 off motorola razr - 2024 and up to $75 trade-in bonus. $300 off motorola razr+ 2024 and up to $100 trade-in bonus. $150 off moto g stylus 5G - 2024 and up to 25% off Moto Care. $120 off moto g power 5G - 2024 and up to 15% off Moto Care. $50 off moto g 5G - 2024 and up to 15% off Moto Care. $250 off motorola edge - 2024. Promotions are valid from February 24, 2025 at 12:01 a.m. CST to March 2, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

# Exhibit 4



LIMITED EDITION

Buy Now

**Trending Styles**

**$150 OFF**

**moto g stylus 5G - 2024**
$399.99 **$249.99**

• Jot notes, edit photos, sketch artwork, and navigate effortlessly with an improved built-in stylus
+ **Up to 20% off** Moto Care

Buy Now

**$120 OFF**

**moto g power 5G - 2024**
$299.99 **$179.99**

• 6.7" FHD+ 120Hz display and Dolby Atmos® [3,4]
+ **Up to 15% off** Moto Care

Buy Now

**$50 OFF**

**moto g 5G - 2024**
$199.99 **$149.99**

• Immersive 120Hz display and Dolby Atmos®
+ **Up to 15% off** Moto Care

Buy Now

**$250 OFF**

### motorola edge - 2024
~~$549.99~~ **$299.99**

- Designed for durability against water, dust, falls, and extreme temps
- Ultrafast 68W TurboPower™ charging

Buy Now

## More Deals & Discounts

Check out our Specials Page to discover even more deals and Moto-exclusive savings on our top-rated smartphones!

Discover More

## moto tag
### FIND ANYTHING, ANYWHERE

Learn More

| Specials | Financing | Compare |
| Moto Care | Free Next Day Shipping | Shop by carrier |

This email was sent to - because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

¹ $200 off motorola razr - 2024 and up to $75 trade-in bonus. $300 off motorola razr+ 2024 and up to $100 trade-in bonus. $150 off moto g stylus 5G - 2024 and up to 20% off Moto Care. $120 off moto g power 5G - 2024 and up to 15% off Moto Care. $50 off moto g 5G - 2024 and up to 15% off Moto Care. $250 off motorola edge - 2024. Promotions are valid from March 3, 2025 at 12:01 a.m. CST to March 9, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

² Based on the 4.0" screen size, active area and the ability to access Google Gemini and other apps and features directly from external display of a flip phone.

³ A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

⁴ Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

## Recent emails from Motorola

See All



**Motorola**
US · Jun 26

### Deals worth celebrating!

Don't wait all summer long to get FREE moto things and exclusive trade-in bonuses¹ on the new motorola razr fold, motorola razr ultra - 2026, and motorola edge - 2026.

Shop sale

$500 TRADE-IN BONUS

**Hurry! ⏰ 4th of July Bundle Deals Won't Last 🧨**
Get FREE moto things before it's too late!



**Motorola**
US · Jun 25

new edge

Upgrade to the new motorola edge - 2026 and experience an elegant design that's built to last. Plus, get a $200 trade-in bonus and free moto buds loop and moto watch.

Buy now

$200

**Open for a special offer on NEW edge 💚📈**
Get a $200 trade-in bonus when you buy the new motorola edge - 2026



**Motorola**
US · Jun 24

Get FREE moto buds loop, moto watch, and charger!

EXCLUSIVE BUNDLES

Make your 4th of July iconic with FREE moto things and exclusive trade-in bonus!

Buy now

**Don't leave FREE gifts behind 👈**
Celebrate the 4th of July with exclusive bundle deals: FREE moto things & up to $5...



**Motorola**
US · Jun 23

new razr ultra

$400 TRADE-IN BONUS

With the new motorola razr ultra - 2026 you get faster speed, smarter intelligence, and an added touch of luxury.

Buy now

**See what the most powerful razr ever can do 🤩**
Experience faster speeds, smarter intelligence, and next-gen AI



**Motorola**
US · Jun 22

FREE moto things & up to $500 trade-in bonus

$500 TRADE-IN BONUS

Flip into the 4th with these bundle deals! Get free moto things and up to $500 trade-in bonus¹ with select purchases.

Shop sale

**Red, White and Bundle Deals! ❤️🤍💙**
Get FREE moto things and exclusive trade-in offers



**Motorola**
US · Jun 18

Don't forget your free gifts!

NEW RAZR DEALS

These exclusive offers are going away! Don't miss your chance to get FREE moto things when you purchase the new razr family or motorola edge - 2026.

Shop sale

**Last Chance: FREE GIFTS w/ select purchases**
These exclusive offers are going away!

Recently viewed emails

See All



**More Sizes. More Access. Our Biggest ICON G2 Lineup Yet Just Got Bigger.**

Our Most Comprehensive Ratchet Lineup



**30% OFF COUPON INSIDE – Save on All Items $10 and Under!**

Join the Inside Track Club and Save 30% Off All Items $20 and Under! Limit 5 In-Store,…



**Your Weekend Savings Are Here. Check Them Out!**

Plus, 30% Off All Items $10 & Under!



**Get Your Free Hat With $29.99 Purchase!**

Plus, Don't Miss These Coupon Deals!



**Hurry! ⏰ 4th of July Bundle Deals Won't Last 👍**

Get FREE moto things before it's too late!



**Open for a special offer on NEW edge 💸 📱**

Get a $200 trade-in bonus when you buy the new motorola edge - 2026

---

## Milled

The world's largest search engine for e-commerce newsletters and email sales

| Categories | Brands | Company |
|---|---|---|
| Apparel | All Brands | Contact |
| Beauty | Submit a Brand | Book a Call |
| Shoes | Add My Brand | Privacy |
| Jewelry & Watches | | Legal › |
| Home Decor | | |

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

This email was sent to you or some email address or related telephone number. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

[1] $200 off motorola razr - 2024 and up to $75 trade-in bonus. $300 off motorola razr+ 2024 and up to $100 trade-in bonus. $150 off moto g stylus 5G - 2024 and up to 20% off Moto Care. $120 off moto g power 5G - 2024 and up to 15% off Moto Care. $50 off moto g 5G - 2024 and up to 15% off Moto Care. $250 off motorola edge - 2024. Promotions are valid from March 3, 2025 at 12:01 a.m. CST to March 9, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

[2] Based on the 4.0" screen size, active area and the ability to access Google Gemini and other apps and features directly from external display of a flip phone.

[3] A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[4] Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

# Exhibit 5



**email inspire**     Emails   Brands   Industries

Search emails & brands...     Ctrl K

⌂ / Brands / Motorola / Email: Final Call on these spring deals 📞🌷



# Final Call on these spring deals 📞🌷

UP TO $400 OFF a new phone

Motorola          More emails          motorola.com

🔖 Save



### Email Insights

| | |
|---|---|
| SUBJECT | Final Call on these spring deals 📞🌷 |
| PREVIEW TEXT | UP TO $400 OFF a new phone |
| RECEIVED AT | Friday, April 18th, 2025 at 1:00 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | ☁ Salesforce |
| SPAM SCORE | ⊘ Neutral |
| IMAGES | 21 images (1 GIFs) |
| LARGEST IMAGE | 1.8 MB |
| EMAIL SIZE | HTML: 69 KB — RAW: 87 KB |
| SUBJECT ANALYSIS | 7 words, 37 characters |
| DKIM / SPF / DMARC | ✓ Pass   ✓ Pass   ✓ Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

**$30 OFF**

**moto g 5G - 2024**
~~$199.99~~ **$169.99**

+ Starting at $12/month or 0% APR
+ **Up to 15% off** Moto Care

Buy Now

**$20 OFF**

**moto g play - 2024**
~~$149.99~~ **$129.99**

• Blazing-fast Qualcomm® performance
+ **Up to 15% off** Moto Care

Buy Now

**Blooming Bargains**

**$400 OFF**

**motorola edge+ 2023**
~~$799.99~~ **$399.99**

• 50MP high-res cameras + telephoto portrait lens
+ **As low as $1** with trade-in

Buy Now

**$90 OFF**

**moto g power 5G - 2024**
~~$299.99~~ **$209.99**

+ Starting at $17/month or 0% APR
+ **Up to 15% off** Moto Care

Buy Now

**moto tag**

FIND ANYTHING, ANYWHERE



**More Deals & Discounts**

Check out our Specials Page to discover even more deals and Moto-exclusive savings on our top-rated smartphones!

Discover More

Specials    Financing    Compare

Moto Care    Free Next Day Shipping    Shop by carrier

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

[1] $200 off motorola razr+ 2024 and up to $100 off with trade-in. $350 off motorola razr - 2023, as low as $1 with trade-in and up to 20% off Moto Care. $30 off moto g 5G - 2024 and up to 15% off Moto Care. $20 off moto g play - 2024 and up to 15% off Moto Care. $400 off motorola edge+ 2023 and as low as $1 with trade-in. $90 off moto g power 5G - 2024 and up to 15% off Moto Care. Promotions are valid from April 14, 2025 at 12:01 a.m. CST to April 20, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

[2] Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

## Other Emails from Motorola


FLIP INTO MAY 🌷 Up to $400 Off!


#MakeItIconic w/ the NEW razr family ✨


FINAL Bloom 🌸 Deals UP TO $400 OFF


New Blooms 🌼 UP TO $400 OFF


Let your ideas flow 💡 moto g stylus - 2025 ON SALE NOW!


Something ICONIC is in the works...


Spring deals are in the air 🌂🌱


LAST CALL for Tax-Time Bundles!

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

**Explore**
Brands
Industries
Recent Emails

**Resources**
Our Newsletter
Instagram
Twitter
Pinterest

**Categories**
Apparel
Beauty
Health
Pets

**Help Center**
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal   Terms of Service   Privacy Policy   Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

[1] $200 off motorola razr+ 2024 and up to $100 off with trade-in. $350 off motorola razr - 2023, as low as $1 with trade-in and up to 20% off Moto Care. $30 off moto g 5G - 2024 and up to 15% off Moto Care. $20 off moto g play - 2024 and up to 15% off Moto Care. $400 off motorola edge+ 2023 and as low as $1 with trade-in. $90 off moto g power 5G - 2024 and up to 15% off Moto Care. Promotions are valid from April 14, 2025 at 12:01 a.m. CST to April 20, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

[2] Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

# Exhibit 6



email inspire    Emails   Brands   Industries

Search emails & brands...   Ctrl K

Brands / Motorola / Email: New Blooms 🌼 UP TO $400 OFF



# New Blooms 🌼 UP TO $400 OFF

Shop our extended spring sale!

Motorola    More emails    motorola.com

Save



### Email Insights

| | |
|---|---|
| SUBJECT | New Blooms 🌼 UP TO $400 OFF |
| PREVIEW TEXT | Shop our extended spring sale! |
| RECEIVED AT | Monday, April 21st, 2025 at 12:35 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | Salesforce |
| SPAM SCORE | Neutral |
| IMAGES | 21 images (2 GIFs) |
| LARGEST IMAGE | 1.4 MB |
| EMAIL SIZE | HTML: 69 KB — RAW: 88 KB |
| SUBJECT ANALYSIS | 7 words, 28 characters |
| DKIM / SPF / DMARC | Pass   Pass   Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

**motorola razr - 2024**
~~$699.99~~ **$599.99**

• Now with a 2.4x larger display[2]
+ **Extra $100 off** with trade-in

Buy Now

## More Offers

**$90 OFF**

**moto g power 5G - 2024**
~~$299.99~~ **$209.99**

• Starting at $17/month or 0% APR
+ **Extra $30 off** with trade-in

Buy Now

**$20 OFF**

**moto g play - 2024**
~~$149.99~~ **$129.99**

• Starting at $12/month or 0% APR
+ **Extra $30 off** with trade-in

Buy Now

**motorola edge - 2024**
~~$549.99~~ **$349.99**

+ **Extra $100 off** with trade-in
+ **25% off** Moto Care

Buy Now

**$200 OFF**

**moto tag**
FIND ANYTHING, ANYWHERE

Learn More

**More Deals & Discounts**

Check out our Specials Page to discover even more deals and Moto-exclusive savings on our top-rated smartphones!

Discover More

Specials    Financing    Compare

| Moto Care | Free Next Day Shipping | Shop by carrier |
|---|---|---|

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe

Privacy Policy

Terms of Sale

Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

¹ $400 off motorola edge+ 2023 and as low as $1 with trade-in. $200 off motorola razr+ 2024 and an extra $100 off with trade-in. $100 off motorola razr - 2024 and an extra $100 off with trade-in. $90 off moto g power 5G - 2024 and an extra $30 off with trade-in. $20 off moto g play - 2024 and an extra $30 off with trade-in. $200 off motorola edge - 2024, extra $100 off with trade-in and 25% off Moto Care. Promotions are valid from April 21, 2025 at 12:01 a.m. CST to April 27, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

² Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

³ Based on the 4.0" screen size, active area and the ability to access Google Gemini and other apps and features directly from external display of a flip phone.

## Other Emails from Motorola


Creativity meets productivity ✍️


FLIP INTO MAY 🎙️ Up to $400 Off!


#MakeItIconic w/ the NEW razr family ✨


FINAL Bloom 🌷 Deals UP TO $400 OFF


Final Call on these spring deals 📞🎙️


Let your ideas flow 💡 moto g stylus - 2025 ON SALE NOW!


Something ICONIC is in the works...


Spring deals are in the air 🌳🍃

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

**Explore**
Brands
Industries
Recent Emails

**Resources**
Our Newsletter
Instagram
Twitter
Pinterest

**Categories**
Apparel
Beauty
Health
Pets

**Help Center**
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal   Terms of Service   Privacy Policy   Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2025 Motorola Mobility LLC

All screen images simulated.

[1] $400 off motorola edge+ 2023 and as low as $1 with trade-in. $200 off motorola razr+ 2024 and an extra $100 off with trade-in. $100 off motorola razr - 2024 and an extra $100 off with trade-in. $90 off moto g power 5G - 2024 and an extra $30 off with trade-in. $20 off moto g play - 2024 and an extra $30 off with trade-in. $200 off motorola edge - 2024, extra $100 off with trade-in and 25% off Moto Care. Promotions are valid from April 21, 2025 at 12:01 a.m. CST to April 27, 2025 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers.

[2] Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

[3] Based on the 4.0" screen size, active area and the ability to access Google Gemini and other apps and features directly from external display of a flip phone.

# Exhibit 7

Brands / Motorola / Email: Final call on these frosty finds ⛄ 📞



# Final call on these frosty finds ⛄ 📞

Motorola    More emails    motorola.com

Save

## Email Insights

| | |
|---|---|
| SUBJECT | Final call on these frosty finds ⛄ 📞 |
| PREVIEW TEXT | This winter deal roundup is coming to a close: UP TO $500 OFF + FREE GIFTS |
| RECEIVED AT | Friday, January 23rd, 2026 at 1:21 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | Salesforce |
| SPAM SCORE | Moderate |
| IMAGES | 29 images (0 GIFs) |
| LARGEST IMAGE | 1 MB |
| EMAIL SIZE | HTML: 101 KB — RAW: 128 KB |
| SUBJECT ANALYSIS | 6 words, 35 characters |
| DKIM / SPF / DMARC | Pass    Pass    Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.



## moto g stylus 5G - 2024

$399.99 **$249.99**

+ FREE gift with purchase

**$150 OFF**

$ **Extra $50 off**
trade-in bonus²

a **Starting at $23/mo or 0% APR⁵**

Buy Now

Specials

Financing

Compare

Moto Care

Free Next Day Shipping

Shop by carrier

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

¹ Promotions are valid from January 19, 2026 at 12:01 a.m. CST to January 25, 2026 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers. Add motorola razr ultra to cart, moto buds+ and moto watch fit will be added to cart for you automatically, no promo code needed. Add motorola razr+ 2025, moto g power - 2025, motorola edge - 2024, or moto g stylus - 2024 to cart, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

² Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

³ A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

⁴ Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

⁵ Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

⁶ Certain features, services and applications are network dependent and may not be available in all areas; additional terms, conditions and/or charges may apply. Contact your service provider for details. Use of this device is subject to the terms of your wireless service plan. This product meets applicable Radio Frequency Emission Exposure Guidelines. Accessories individually labeled.

MOTOROLA, the Stylized M Logo, MOTO and the MOTO family of marks are trademarks of Motorola Trademark Holdings, LLC. All other trademarks are the property of their respective owners. © 2025 Motorola Mobility LLC.

motorola razr ultra / motorola razr+ 2025 / motorola razr - 2025 is designed and manufactured by/for Motorola Mobility LLC, a wholly owned subsidiary of Lenovo.

Swarovski® is a registered trademark of Swarovski AG.

# Other Emails from Motorola


LAST CHANCE! Don't miss out!


NEW moto watch 🤝 make every day easier 🙌


JUST LANDED: New winter deals 🧤❄️


🚨 12 HOURS LEFT 🚨


❄️Winter forecast: a flurry of deals❄️


Coming soon NEW motorola razr FIFA Special Edition


Temps are falling❄️ Deals are calling 📞


❄️These deals are defrosting❄️

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

**Explore**
Brands
Industries
Recent Emails

**Resources**
Our Newsletter
Instagram
Twitter
Pinterest

**Categories**
Apparel
Beauty
Health
Pets

**Help Center**
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal    Terms of Service    Privacy Policy    Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

[1] Promotions are valid from January 19, 2026 at 12:01 a.m. CST to January 25, 2026 at 11:59 p.m. CST or while supplies last. Cannot be combined with other offers. Add motorola razr ultra to cart, moto buds+ and moto watch fit will be added to cart for you automatically, no promo code needed. Add motorola razr+ 2025, moto g power - 2025, motorola edge - 2024, or moto g stylus - 2024 to cart, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

[2] Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

[3] A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[4] Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

[5] Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

[6] Certain features, services and applications are network dependent and may not be available in all

* Certain features, services and applications are network dependent and may not be available to all areas; additional terms, conditions and/or charges may apply. Contact your service provider for details. Use of this device is subject to the terms of your wireless service plan. This product meets applicable Radio Frequency Emission Exposure Guidelines. Accessories individually labeled.

MOTOROLA, the Stylized M Logo, MOTO and the MOTO family of marks are trademarks of Motorola Trademark Holdings, LLC. All other trademarks are the property of their respective owners. © 2025 Motorola Mobility LLC.

motorola razr ultra / motorola razr+ 2025 / motorola razr - 2025 is designed and manufactured by/for Motorola Mobility LLC, a wholly owned subsidiary of Lenovo.

Swarovski® is a registered trademark of Swarovski AG.

# Exhibit 8

Brands / Motorola / Email: 🚨 12 HOURS LEFT 🚨



# 🚨 12 HOURS LEFT 🚨

Motorola    More emails    motorola.com

Save

## Email Insights

| | |
|---|---|
| SUBJECT | 🚨 12 HOURS LEFT 🚨 |
| PREVIEW TEXT | Get UP TO $500 OFF motorola razr ultra, plus FREE gifts with purchase |
| RECEIVED AT | Tuesday, January 27th, 2026 at 1:50 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | ☁ Salesforce |
| SPAM SCORE | 🟠 Moderate |
| IMAGES | 27 images (0 GIFs) |
| LARGEST IMAGE | 2 MB |
| EMAIL SIZE | HTML: 94 KB — RAW: 119 KB |
| SUBJECT ANALYSIS | 5 words, 19 characters |
| DKIM / SPF / DMARC | ✅ Pass  ✅ Pass  ✅ Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

**BUNDLE**

*new deal*

### moto g play - 2026
($279.98 value)

FREE moto tags
($99.99 value)

2-day battery life³

Buy Now

**BUNDLE**

*new deal*

### moto g - 2025
($229.98 value)

FREE moto tag
($29.99 value)

50MP⁴ Quad Pixel
camera system

Buy Now

**BUNDLE**

### motorola edge - 2024
($579.98 value)

FREE moto tag
($29.99 value)

20% off Moto Care

Buy Now

## More deals



$170 OFF

### moto g power 5G - 2024
$299.99 $129.99

6.7" FHD+ 120Hz display
and Dolby Atmos® ⁵⁶

15% off Moto Care

Buy Now

Specials     Financing     Compare

Moto Care     Free Next Day Shipping     Shop by carrier

  

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

[1] Promotions are valid until January 27, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart, moto buds+ and moto watch fit will be added to cart for you automatically, no promo code needed. Add motorola razr - 2025, moto g - 2025, or motorola edge - 2024 to cart, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g play - 2026 to cart, moto tags will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

[2] Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

[3] All battery life claims are approximate and based on the median user tested across a mixed use profile (which includes both usage and standby time) under optimal network conditions. Actual battery performance will vary and depends on many factors including signal strength, network and device settings, temperature, battery condition, and usage patterns.

[4] The 50MP sensor combines 4 pixels into 1, for an effective photo resolution of 12.5MP.

[5] A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[6] Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

# Other Emails from Motorola










NEW DEALS: shop bundles of love 💘🩹

LAST CHANCE! Don't miss out!

NEW moto watch ⌚ make every day easier 🙌

JUST LANDED: New winter deals 🧦✨

Final call on these frosty finds 🧦📞

❄Winter forecast: a flurry of deals❄

Coming soon NEW motorola razr FIFA Special Edition

Temps are falling❄ Deals are calling📞

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

| Explore | Resources | Categories | Help Center |
| --- | --- | --- | --- |
| Brands | Our Newsletter | Apparel | FAQs |
| Industries | Instagram | Beauty | Contact Us |
| Recent Emails | Twitter | Health | Pricing |
| | Pinterest | Pets | Suggest a Brand |

© 2026 Email Inspire    Content Removal    Terms of Service    Privacy Policy    Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

[1] Promotions are valid until January 27, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart, moto buds+ and moto watch fit will be added to cart for you automatically, no promo code needed. Add motorola razr - 2025, moto g - 2025, or motorola edge - 2024 to cart, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g play - 2026 to cart, moto tags will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

[2] Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

[3] All battery life claims are approximate and based on the median user tested across a mixed use profile (which includes both usage and standby time) under optimal network conditions. Actual battery performance will vary and depends on many factors including signal strength, network and device settings, temperature, battery condition, and usage patterns.

[4] The 50MP sensor combines 4 pixels into 1, for an effective photo resolution of 12.5MP.

[5] A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[6] Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

# Exhibit 9

Brands / Motorola / Email: JUST LANDED: New winter deals ⛄ ✨



# JUST LANDED: New winter deals ⛄ ✨

Motorola    More emails    motorola.com

Save



## Email Insights

| | |
|---|---|
| SUBJECT | JUST LANDED: New winter deals ⛄ ✨ |
| PREVIEW TEXT | Get $700 OFF motorola razr ultra, plus FREE moto buds+ with purchase. |
| RECEIVED AT | Wednesday, January 28th, 2026 at 12:41 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | Salesforce |
| SPAM SCORE | Moderate |
| IMAGES | 27 images (0 GIFs) |
| LARGEST IMAGE | 958 KB |
| EMAIL SIZE | HTML: 94 KB — RAW: 119 KB |
| SUBJECT ANALYSIS | 6 words, 32 characters |
| DKIM / SPF / DMARC | Pass    Pass    Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

*new deal*

**moto g play - 2026**
**$179.99**

FREE moto tags
**($99.99 value)**

2-day battery life³

Buy Now

*new deal*

**moto g - 2025**
~~$199.99~~ **$174.99**

FREE moto tag
**($29.99 value)**

50MP* Quad Pixel
camera system

Buy Now

**motorola edge - 2024**
~~$549.99~~ **$299.99**

FREE moto tag
**($29.99 value)**

**20% off** Moto Care

Buy Now

**BUNDLE**

**More deals**

**moto g power 5G - 2024**
~~$299.99~~ **$129.99**

6.7" FHD+ 120Hz display
and Dolby Atmos® 5.6

**15% off** Moto Care

Buy Now

**$170 OFF**

Specials

Financing

Compare

Moto Care

Free Next Day Shipping

Shop by carrier

   

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

¹ Promotions are valid until February 1, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart and moto buds+ will be added to cart for you automatically, no promo code needed. Add motorola razr - 2025, moto g - 2025, or motorola edge - 2024 to cart, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g play - 2026 to cart, moto tags will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

² Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

³ All battery life claims are approximate and based on the median user tested across a mixed use profile (which includes both usage and standby time) under optimal network conditions. Actual battery performance will vary and depends on many factors including signal strength, network and device settings, temperature, battery condition, and usage patterns.

⁴ The 50MP sensor combines 4 pixels into 1, for an effective photo resolution of 12.5MP.

⁵ A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

⁶ Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

## Other Emails from Motorola










Our Valentine's bundle won't wait 💐⏰

NEW DEALS: shop bundles of love 💐🌹

LAST CHANCE! Don't miss out!

NEW moto watch ⌚ make every day easier 🙌

🧨 12 HOURS LEFT 🧨

Final call on these frosty finds 🧊📞

❄️Winter forecast: a flurry of deals❄️

Coming soon NEW motorola razr FIFA Special Edition

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

Explore
Brands
Industries
Recent Emails

Resources
Our Newsletter
Instagram
Twitter
Pinterest

Categories
Apparel
Beauty
Health
Pets

Help Center
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal   Terms of Service   Privacy Policy   Cookie Policy

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

[1] Promotions are valid until February 1, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart and moto buds+ will be added to cart for you automatically, no promo code needed. Add motorola razr - 2025, moto g - 2025, or motorola edge - 2024 to cart, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g play - 2026 to cart, moto tags will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

[2] Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

[3] All battery life claims are approximate and based on the median user tested across a mixed use profile (which includes both usage and standby time) under optimal network conditions. Actual battery performance will vary and depends on many factors including signal strength, network and device settings, temperature, battery condition, and usage patterns.

[4] The 50MP sensor combines 4 pixels into 1, for an effective photo resolution of 12.5MP.

[5] A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[6] Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

# Exhibit 10

email inspire     Emails   Brands   Industries

⌂ / Brands / Motorola / Email: Our Valentine's bundle won't wait 💘 ⏰



# Our Valentine's bundle won't wait 💘 ⏰



Motorola     ✉ More emails     ↗ motorola.com

🔖 Save

### Email Insights

| | |
|---|---|
| SUBJECT | Our Valentine's bundle won't wait 💘 ⏰ |
| PREVIEW TEXT | DON'T MISS IT: $700 OFF motorola razr ultra and get FREE moto buds+ with purchase! |
| RECEIVED AT | Thursday, February 5th, 2026 at 12:24 PM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | ☁ Salesforce |
| IMAGES | 29 images (0 GIFs) |
| LARGEST IMAGE | 1.6 MB |
| EMAIL SIZE | HTML: 103 KB — RAW: 129 KB |
| SUBJECT ANALYSIS | 6 words, 37 characters |
| DKIM / SPF / DMARC | ✅ Pass   ✅ Pass   ✅ Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.

Buy Now

## More bundles



### moto g play - 2026
**$179.99**

FREE moto tags
($99.99 value)

Super-bright, super-smooth
6.7" display

AI-powered camera system

Buy Now

### moto g power - 2026
**$299.99**

FREE moto tags
($99.99 value)

Sharp, durable 6.8"
120Hz FHD+ display⁴

TurboPower™ charging and up to
49-hour battery³,⁶

Buy Now

### moto g - 2026
**$199.99**

FREE moto tags
($99.99 value)

Super-bright, super-smooth
6.7" display

AI-powered camera system

Buy Now

Specials    Financing    Compare

Moto Care    Free Next Day Shipping    Shop by carrier



This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

¹ Promotions are valid from February 2, 2026 at 12:01 a.m. CST to February 8, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart, moto buds+ will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g stylus 5G - 2024 or motorola edge - 2024, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g play - 2026, moto g power - 2026, or moto g - 2026, moto tags will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

² Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

³ Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

⁴ Smart & balanced mode has a minimum device refresh rate of 30Hz and a maximum refresh rate of

120Hz; actual refresh rate may be reduced and vary based on apps used and device's requirements, device mode settings, and other factors.

⁵ All battery life claims are approximate and based on the median user tested across a mixed use profile (which includes both usage and standby time) under optimal network conditions. Actual battery performance will vary and depends on many factors including signal strength, network and device settings, temperature, battery condition, and usage patterns.

⁶ Maximum 30W charge; Rapid charging capable only with Motorola TurboPower™ 33W charger or higher (sold separately); Motorola TurboPower™ 33W or higher chargers will not increase maximum charge capability.

# Other Emails from Motorola










NEW Tax Season bundle deal just dropped 👀

This deal is going, going, almost gone... ⏰

The clock is ticking ⏳

🎧 DEAL EXTENDED 🎧

NEW DEALS: shop bundles of love 🧡💋

LAST CHANCE! Don't miss out!

NEW moto watch ⌚ make every day easier 🙌

JUST LANDED: New winter deals 🎿✨

View more emails from Motorola

Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

**Explore**
Brands
Industries
Recent Emails

**Resources**
Our Newsletter
Instagram
Twitter
Pinterest

**Categories**
Apparel
Beauty
Health
Pets

**Help Center**
FAQs
Contact Us
Pricing
Suggest a Brand

© 2026 Email Inspire

Content Removal    Terms of Service    Privacy Policy    Cookie Policy

This email was sent to [redacted] transacted with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

[1] Promotions are valid from February 2, 2026 at 12:01 a.m. CST to February 8, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart, moto buds+ will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g stylus 5G - 2024 or motorola edge - 2024, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add moto g play - 2026, moto g power - 2026, or moto g - 2026, moto tags will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

[2] Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

[3] Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

[4] Smart & balanced mode has a minimum device refresh rate of 30Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[5] All battery life claims are approximate and based on the median user tested across a mixed use profile (which includes both usage and standby time) under optimal network conditions. Actual battery performance will vary and depends on many factors including signal strength, network and device settings, temperature, battery condition, and usage patterns.

[6] Maximum 30W charge; Rapid charging capable only with Motorola TurboPower™ 33W charger or higher (sold separately); Motorola TurboPower™ 33W or higher chargers will not increase maximum charge capability.

# Exhibit 11

email inspire    Emails   Brands   Industries    Search emails & brands...   Ctrl K

🏠 / Brands / Motorola / Email: 📣 DEAL EXTENDED 📣



## 📣 DEAL EXTENDED 📣

Plus FREE moto buds+ with purchase!



Motorola    More emails    motorola.com

Save

### Email Insights

| | |
|---|---|
| SUBJECT | 📣 DEAL EXTENDED 📣 |
| PREVIEW TEXT | Plus FREE moto buds+ with purchase! |
| RECEIVED AT | Monday, February 9th, 2026 at 11:59 AM |
| FROM | Motorola  <info@motorola-mail.com> |
| EMAIL PLATFORM | Salesforce |
| SPAM SCORE | Moderate |
| IMAGES | 26 images (0 GIFs) |
| LARGEST IMAGE | 1 MB |
| EMAIL SIZE | HTML: 91 KB — RAW: 115 KB |
| SUBJECT ANALYSIS | 4 words, 19 characters |
| DKIM / SPF / DMARC | ✅ Pass   ✅ Pass   ✅ Pass |

This is an email sent by Motorola. All copyrights and trademarks remain the property of their respective owners. Email Inspire is not affiliated with Motorola.



## Next-level entertainment

**moto g power - 2024**
~~$299.99~~ **$129.99**

6.7" FHD+ 120Hz display
and Dolby Atmos® 4,5

**15% off** Moto Care

Buy Now

**Specials**

**Financing**

**Compare**

**Moto Care**

**Free Next Day Shipping**

**Shop by carrier**

This email was sent to name@example.com because of a prior transaction or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

¹ Promotions are valid from February 9, 2026 at 12:01 a.m. CST to February 15, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart, moto buds+ will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add motorola edge - 2024, moto g stylus 5G - 2024 or moto g stylus 5G - 2025, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

² Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

³ Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

⁴ A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

⁵ Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.

## Other Emails from Motorola





Don't wait! 🛑 This Tax Season bundle deal is iconic

NEW Tax Season bundle deal just dropped 👀

This deal is going, going, almost gone... ⏳






The clock is ticking ⏳

Our Valentine's bundle won't wait 💘🛑

NEW DEALS: shop bundles of love 💋

LAST CHANCE! Don't miss out!

NEW moto watch ⌚ make every day easier 🙌

View more emails from Motorola



Explore creative email designs from the world's leading brands and find inspiration for your next campaign.

**Explore**

Brands

Industries

Recent Emails

**Resources**

Our Newsletter

Instagram

Twitter

Pinterest

**Categories**

Apparel

Beauty

Health

Pets

**Help Center**

FAQs

Contact Us

Pricing

Suggest a Brand

© 2026 Email Inspire

Content Removal   Terms of Service   Privacy Policy   Cookie Policy

This email was sent to g.com/E... because of a prior web visit or relationship with Motorola. If this email has been forwarded to you or you have a new email address, opt-in for future communications from Motorola here.

Unsubscribe
Privacy Policy
Terms of Sale
Terms of Use

Attn: Privacy Compliance Program, 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, IL 60654

©2026 Motorola Mobility LLC

All screen images simulated.

[1] Promotions are valid from February 9, 2026 at 12:01 a.m. CST to February 15, 2026 at 11:59 p.m. CST or while supplies last. Add motorola razr ultra to cart, moto buds+ will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes. Add motorola edge - 2024, moto g stylus 5G - 2024 or moto g stylus 5G - 2025, moto tag will be added to cart for you automatically, no promo code needed. Not available with other promotions or coupon codes.

[2] Trade-in value is determined by the trade-in device's physical and functional condition and based on latest market values. If it doesn't match the make, model, or condition as described, you can either accept or reject the revised trade-in value. If you reject, we'll cancel the trade-in and return the old device.

[3] Affirm Rates are between 0-30% APR. Payment options through Affirm are subject to an eligibility check, may not be available everywhere, and are provided by these lending partners: affirm.com/lenders. Options depend on your purchase amount, and a down payment may be required. Estimated payment amount may exclude taxes and shipping. For licenses and disclosures, including information for New Mexico residents, see motorola.com. CA residents: Loans by Affirm Loan Services, LLC are made or arranged pursuant to a California Finance Lender license.

[4] A minimum device refresh rate of 60Hz and a maximum refresh rate of 120Hz; actual refresh rate may be less and will vary based on app/content limitations and requirements, device mode settings, and other factors.

[5] Manufactured under license from Dolby Laboratories. Dolby, Dolby Atmos, and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation.