UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WILDMAN, on his own behalf and on behalf of others similarly situation,

Plaintiff,

v.

MOTOROLA MOBILITY, LLC,

Defendant.

No. 2:26-cv-2121

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this CEMA action, given that it does not appear obvious from the Complaint that Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction or alternatively, stayed pending the Ninth Circuit's resolution of the standing issue on appeal in *Montes v. Catalyst Brands LLC (Montes II)*, 2025 WL 3485827 (E.D. Wash., Dec. 4, 2025). Each side's brief may not exceed 2,100 words and is due on or before Wednesday, September 23, 2026.

The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 21 for September 23, 2026.

Dated this 9th day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE