IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW WILDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>Defendant. | Case No. 2:26-cv-02121-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 24. The Court thanks the parties for their responses to the Order at Dkt. ## 25 & 26. Upon review of those responses, the Court concludes that Defendant has not met its burden of alleging that Plaintiff has Article III standing and thus has not met its burden of establishing subject matter jurisdiction to support removal. Accordingly, the Court REMANDS this matter to King County Superior Court.

The Court DIRECTS the Clerk to terminate the motion to dismiss at Dkt. # 21 as moot, and to mail a copy of this Order to the state court.

//

Dated this 25th day of September, 2026.

John H. Chun
United States District Judge